FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 0 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'09 - CV - 00600 BnB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FRANCISCO M. MARTINEZ,

    Plaintiff,

v.

NATALIA LORENA INFANTE, she is an agent or employee sued in her individual and official capacities,

JOAN R. WOODBURY, Colorado Legal Services Atty Reg. #24903, she is sued in her individual and official capacities,

JOHN AND JANE "DOE", Colorado Legal Services, he/she is an agent or employee sued in his/her individual and official capacities,

AMY K. WALKER, Bringing Justice Home Project Atty Reg.# 35588, she is sued in her individual and official capacities,

JOHN AND JANE "DOE", Bringing Justice Home Project, he/she is an agent or employee sued in his/her individual and official capacities,

TERESA MONCIVAIS, Employee Larimer County Social Services, she is an agent or employee sued in her individual and official capacities,

JOHN AND JANE "DOE", Child Support Enforcement Unit Larimer County Department of Social Services, he/she is an agent or employee sued in his/her individual and official capacities,

DEFENDANT SEAN C. MCGILL ATTY RE.# 26168, Assistant County Attorney Intervenor [sic] Larimer County Department of Social Services, he is sued in his individual and official capacities,

KRIS ULLSTRUP, Therapist, she is an agent or employee sued in her individual and official capacities,

BECKY SMITH, Social Case Worker Department of Human Services, she is an agent or employee sued in her individual and official capacities,

JOHN AND JANE "DOE", Department of Human Services Larimer County, he/she is an agent or employee sued in his/her individual and official capacities,

ANA SILVA, CALDWELL BANKER, she is sued in her individual and official capacities,

RON HICKS, Assistant Director Colorado State University Conflict Resolution Conduct Services, he is an agent or employee sued in his individual and official capacities,

OFFICER YVONNE PAEZ, Colorado State University Campus Police Department, she is an agent or employee sued in her individual and official capacities,

CHRISTIE MATHEWS, Colorado State University Director of Apartment Life, she is an agent or employee sued in her individual and official capacities,
OFFICER CHRIS WOLF, Colorado State University Campus Police Department, he is an agent or employee sued in his individual and official capacities,
JOHN AND JANE "DOE", Colorado State University, he/she is an agent or employee sued in his /her individual and official capacities,
DOCTOR JOHN AND DOCTOR JANE "DOE" M.D., Salud Clinic is a citizen of unknown origin, he/she is an agent or employee sued in his /her individual and official capacities,
JOHN AND JANE "DOE", Salud Clinic, he/she is an agent or employee sued in his /her individual and official capacities,
JOHN AND JANE "DOE", is a citizen of or originates from Paraguay, he/she is an agent or employee sued in his /her individual and official capacities,
JOHN AND JANE "DOE", Fort Collins, he/she is an agent or employee sued in his /her individual and official capacities,
JOHN AND JANE "DOE", Fort Collins City Hall, he/she is an agent or employee sued in his /her individual and official capacities,
JOHN AND JANE "DOE", Larimer County Sheriff, he/she is an agent or employee sued in his /her individual and official capacities, and
JOHN AND JANE "DOE", Weld County Sherriff [sic], he/she is an agent or employee sued in his /her individual and official capacities,

Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and a Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) \_\_ is not submitted
(2) _X_ is not on proper form (must use the court's current form)
(3) \_\_ is missing original signature by Plaintiff
(4) \_\_ is missing affidavit
(5) \_\_ affidavit is incomplete
(6) \_\_ affidavit is not notarized or is not properly notarized
(7) \_\_ names in caption do not match names in caption of complaint, petition or application
(8) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(9) \_\_ other _____

**Complaint or Petition:**
(10) \_\_ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) \_\_ is missing an original signature by the Plaintiff
(13) \_\_ is incomplete
(14) \_\_ uses et al. instead of listing all parties in caption
(15) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_ names in caption do not match names in text
(18) \_\_ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order** the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 17th day of March, 2009.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '09 - CV - 00600

Francisco M. Martinez
12632 East Frontage Rd.
Longmont, CO 80504

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the Complaint forms** to the above-named individuals on 3/19/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk